IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy A Neff and Barbara J. Neff<br>　　　Debtors,<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　Movant.<br>v.<br><br>Timothy A Neff and Barbara J. Neff<br>　　　Debtors/Respondents,<br><br>Lisa Ann Rynard, Law Office of Lisa A.<br>Rynard, Trustee<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>5:22-bk-00252-MJC<br><br>CHAPTER 7<br><br>11 U.S.C. § 362 |

## ORDER

　　Upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 1639 Salem Blvd, Berwick, PA 18603.

　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Mark J. Conway, Bankruptcy Judge
　　　　　　　　　　　　　　　　　　Dated: March 24, 2022